On modified ballot title filed December 20,* modified ballot title certified
December 31, 2001

Kris KAIN
and Tricia Bosak,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Bill SIZEMORE,
*Intervenor.*

(SC S48796)

37 P3d 985

No appearance by petitioners.

Jennifer S. Lloyd, Assistant Attorney General, Salem, filed the filing of modified ballot title for respondent. With her on the filing were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

---

* 333 Or 75, 38 P3d 266 (2001) (referring ballot title for modification).

The court in this ballot title review proceeding determined that the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State denominated as Initiative Petition 91 (2002), failed to comply substantially with statutory standards. *Kain v. Myers*, 333 Or 75, 38 P3d 266 (2001). Under Oregon Laws 2001, chapter 802, section 2 (now codified as ORS 250.085(8)), the court referred the ballot title to the Attorney General for modification. The Attorney General has filed a modified ballot title for the proposed initiative measure, and no party to the ballot title review proceeding has objected. *See* ORS 250.085(9) (setting out period within which party may object to modified ballot title and requiring court to certify modified ballot title if no objection filed).

The modified ballot title for Initiative Petition 91 (2002) states:

"AMENDS CONSTITUTION:   PUBLIC EMPLOYERS IN UNIONIZED WORKPLACE CANNOT SIGN CERTAIN LABOR CONTRACTS, UNIONS NEED NOT REPRESENT NONMEMBERS

"RESULT OF 'YES' VOTE:   'Yes' vote prohibits public employers in unionized workplace from signing contracts requiring union nonmembers to pay money to union; union may refuse to represent nonpayers.

"RESULT OF 'NO' VOTE:   'No' vote rejects amendment prohibiting public employers from signing contracts requiring union nonmembers to pay money to union; retains laws requiring unions to represent nonpayers.

"SUMMARY:   Amends constitution. Currently, public employers in workplace where majority of employees have voted to be represented by union may sign labor contracts requiring employees who are not union members to make payments in lieu of dues to union for representation in collective bargaining. Unions must represent all employees in bargaining unit, including nonmembers. Measure prohibits public employers in unionized workplaces from signing contracts requiring nonmember employees to pay money to union for any purpose and from deducting money from paycheck of any nonmember for transfer to union without employee's authorization. Unions not required to represent public employees who are not union members or who do not

pay for union services. Prohibits discrimination against public employees for not joining or being represented by union. Other provisions."

The modified ballot title is certified. The appellate judgment shall issue in accordance with ORS 250.085(9).